# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
Preliminary Injunction Hearing

Case Number: 6:18-cv-914-Orl-40TBS

**LLB CONVENIENCE & GAS, INC.,**     **Plaintiff's Counsel:** Kevin A. Reck

      **Plaintiff,**

v.

**SOUTHEAST PETRO DISTRIBUTORS, INC.,**     **Defense Counsel:** Robert Mayer

      **Defendant.**

| Judge: | Paul G. Byron | Court Reporter | Amie First amiefirst.courtreporter@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | June 29, 2018 | Time: | 1:00 PM – 1:57 PM, 2:06 PM – 3:58 PM, 4:17 PM – 5:05 PM TOTAL: 3 hours, 37 minutes |

Case called. Appearances taken.

The Court addresses the parties.

Plaintiff's witness, Faisal Ansari: sworn and testified. Direct examination of Mr. Ansari conducted by Mr. Reck.

Cross-examination of Mr. Ansari conducted by Mr. Mayer.

Redirect examination of Mr. Ansari conducted by Mr. Reck.

Defendant's witness, Ryan Firth: sworn and testified. Direct examination of Mr. Firth conducted by Mr. Mayer.

Cross-examination of Mr. Firth conducted by Mr. Reck.

Redirect examination of Mr. Mayer conducted by Mr. Mayer.

Defendant's witness, John Soileau: sworn and testified. Direct examination of Mr. Soileau conducted by Mr. Mayer.

The Court hears argument from the parties.

Court is adjourned. Written order to follow within fourteen days, should the parties not resolve the matter themselves.